# MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
## by VIDEO CONFERENCE

U.S.A. v. KEITH LAMAR PUCKETT, No. 3:24-cr-00180

**ATTORNEY FOR GOVERNMENT:** Rob McGuire

**ATTORNEY FOR DEFENDANT:** Kerry Haymaker    ☐ AFPD ■ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES ■ NO    **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

■ **Defendant consents to appear before the Magistrate Judge by video**

■ **INITIAL APPEARANCE**    ☐ ON A SUMMONS    ■ ARRESTED ON: 10/17/2024
DEFENDANT HAS A COPY OF:
  ☐ Complaint  ■ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: _____
  ■ Defendant advised of the charges & maximum penalties    ■ Defendant advised of right to counsel
  ☐ Defendant provided the financial affidavit    ☐ Counsel retained    ■ FPD Appointed
  ■ Defendant advised of right to silence    ☐ Defendant advised of right to Consular Notification
  ■ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
  ■ Government filed motion for detention    ■ Defendant Waived detention hearing
  ☐ Defendant temporarily detained    ■ Defendant reserved right to hearing in future
  ■ Defendant to remain in Federal custody    ☐ Defendant to be returned to state custody
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant released on:
       ☐ Standard ☐ Special ☐ Appearance Bond: _____    ☐ Property Bond
  ☐ RULE 5- Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
  ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
  ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**    (Waiver of Indictment executed)
■ **ARRAIGNMENT**
  ■ Defendant acknowledges receipt of Indictment/Information    ☐ Indictment/Information read to Defendant
  ■ Defendant waived reading thereof    ☐ Court advised maximum penalties
  **PLEA:** ☐ GUILTY  ■ NOT GUILTY
  ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** 10/17/2024    **TOTAL TIME:** 5 minutes IA; 1 minute arraignment
**BEGIN TIME:** 10:01    **END TIME:** 10:07
■ Digitally Recorded  ☐ Court Reporter: _____